## Commonwealth *v.* Rhodes, Appellant.

Before BERTOLET, J.

Submitted September 8, 1975. *Louis R. Rizzuto,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rice, Appellant.

Before HALBERT, J., without a jury.

Submitted September 12, 1975. *Elaine DeMasse* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Ian Comisky, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.